

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2024

No. 04-24-00271-CR

**IN RE** Raymond Andrew **DEBA,** Relator

Original Proceeding[1]

**ORDER**

On April 15, 2024, relator filed a petition for writ of mandamus. After considering the petition, the court concludes relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED without prejudice. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 12, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of the 227th Criminal District Court of Bexar County, Texas, styled *State of Texas v. Raymond Andrew Deba*, the Honroarble Christine Del Prado presiding.